```
 1  THARPE & HOWELL, LLP
    15250 Ventura Boulevard, Ninth Floor
 2  Sherman Oaks, California  91403-3221
    (818) 205-9955; (818) 205-9944 Fax
 3
    DAVID S. BINDER, ESQ., SBN 209876
 4  e-mail: Dbinder@Tharpe-Howell.com
    ARMINE ASATRYAN, ESQ., SBN 256460
 5  e-mail: Aasatryan@Tharpe-Howell.com

 6  Attorneys for Defendant,
    J.B. HUNT TRANSPORT, INC.
 7
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ANTHONY PARKER, | ) | CASE NO.: CV11-7808 DMG (JCGx) |
|---|---|---|
| Plaintiff(s), | ) | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [26]** |
| v. | ) | |
| J.B. HUNT TRANSPORT, INC. a Georgia corporation; DEBBIE PARKER, an individual; and DOES 1 through 250, inclusive, | ) ) ) ) | |
| Defendant(s). | ) | |
| _____ | ) | |

Based upon the Stipulation by and between the parties to this action, Plaintiff, ANTHONY PARKER and Defendant, J. B. HUNT TRANSPORT, INC., by and through their respective counsel of record,

///

///

///

///

///

///

///

- 1 -

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

- 2 -

IT IS HEREBY ORDERED that the entire action is dismissed *with prejudice*, with each party to bear its own costs and attorney's fees.

DATED:  July 9, 2012

_____
DOLLY M. GEE
United States District Judge