**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403-3221**
**(818) 205-9955; (818) 205-9944 Fax**

DAVID S. BINDER, ESQ., SBN 209876
e-mail: Dbinder@Tharpe-Howell.com
ARMINE ASATRYAN, ESQ., SBN 256460
e-mail: Aasatryan@Tharpe-Howell.com

Attorneys for Defendant,
J.B. HUNT TRANSPORT, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY PARKER,<br><br>Plaintiff(s),<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC. a Georgia corporation; DEBBIE PARKER, an individual; and DOES 1 through 250, inclusive,<br><br>Defendant(s). | CASE NO.: CV11-7808 DMG (JCGx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [26]** |

Based upon the Stipulation by and between the parties to this action, Plaintiff, ANTHONY PARKER and Defendant, J. B. HUNT TRANSPORT, INC., by and through their respective counsel of record,

///

///

///

///

///

///

- 2 -

1   IT IS HEREBY ORDERED that the entire action is dismissed *with prejudice*,
2   with each party to bear its own costs and attorney's fees.

3
4   DATED: July 9, 2012

_____
DOLLY M. GEE
United States District Judge